UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00357-MDC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| HILARIO VILLEGAS-ESPINOZA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 18, 2025 at 4:00 p.m., be vacated and continued to November 17, 2025 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

DATED this 1st day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3